Frank Woodson
Navan Ward
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*William Randolph Hall, Sr. vs. Pfizer Inc, et al.* (06-2273 CRB)<br><br>*Roger Harper vs. Pfizer Inc, et al.* (06-6023 CRB)<br><br>*Sandra Hawkins, et al. vs. Pfizer Inc, et al.* (07-2218 CRB)<br><br>*Leon Hendrix vs. Pfizer Inc, et al.* (08-0704 CRB)<br><br>*Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.* (07-4383 CRB)<br><br>*Charles Lee Holmes vs. Pfizer Inc, et al.* (06-4211 CRB)<br><br>*Bruce Holzwarth vs. Pfizer Inc, et al.* (07-3035 CRB)<br><br>*David E. Huard vs. Pfizer Inc, et al.* (08-0796 CRB)<br><br>*Clifford Jackson vs. Pfizer Inc, et al.* (06-5042 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | *Debbie Jackson, et al. vs. Pfizer Inc, et al.* (06-2605 CRB) |
| 2 | |
| 3 | *Ozzie Jackson vs. Pfizer Inc, et al.* (06-2274 CRB) |
| 4 | *Ronald Jacoby vs. Pfizer Inc, et al.* (07-4689 CRB) |
| 5 | |
| 6 | *Kathy Jewell vs. Pfizer Inc, et al.* (07-1355 CRB) |
| 7 | *Dorothy Johnson vs. Pfizer Inc, et al.* (06-5039 CRB) |
| 8 | |
| 9 | *Billie Jean Johnstone vs. G.D. Searle LLC, et al.* (07-4549 CRB) |
| 10 | |
| 11 | *John R. Jones vs. Pfizer Inc, et al.* (06-3899 CRB) |
| 12 | *Sylvester Jones vs. G.D. Searle LLC, et al.* (07-4550 CRB) |
| 13 | |
| 14 | *Robert K. Kiser II vs. Pfizer Inc, et al.* (06-4104 CRB) |
| 15 | *Frank Klinger vs. G.D. Searle LLC, et al.* (05-4739 CRB) |
| 16 | |
| 17 | *Alberta A. Kreitzer vs. Pfizer Inc, et al.* (08-2149 CRB) |
| 18 | *Vasudev Kulkarni vs. Pfizer Inc, et al.* (07-1528 CRB) |
| 19 | |
| 20 | *Bertha R. Lacy vs. Pfizer Inc, et al.* (06-7383 CRB) |
| 21 | *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et al.* (08-1856 CRB) |
| 22 | |
| 23 | *Thomas Lauer vs. Pfizer Inc, et al.* (08-2854 CRB) |
| 24 | |
| 25 | *Barbara Laver vs. Pfizer Inc, et al.* (08-3705 CRB) |
| 26 | *Kenneth Prouty, et al. vs. Pfizer Inc, et al.* (06-7631 CRB) |
| 27 | |
| 28 | *Vickie L. Lewis vs. Pfizer Inc, et al.* (06-4284 CRB) |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

1
2  *Robert L. Lippincott vs. Pfizer Inc, et al.*
   (07-5018 CRB)

3  *John Scarcliff vs. G.D. Searle LLC, et al.*
   (05-4454 CRB)
4
   *Norma Matthias vs. Pfizer Inc, et al.*
5  (06-7632 CRB)

6  *Elise Mayes vs. Pfizer Inc, et al.*
   (08-3702 CRB)
7
   *William D. McCluskey vs. Merck & Co. Inc, et
8  al.*
   (07-3342 CRB)
9
   *Phyllis McCord vs. G.D. Searle LLC, et al.*
10 (05-4738 CRB)

11 *Barbara Dyer, et al. vs. Pfizer Inc, et al.*
   (07-1317 CRB)
12
   *Vince Mejer vs. Pfizer Inc, et al.*
13 (07-0237 CRB)

14 *James Byron McVay vs. Pfizer Inc, et al.*
   (07-0861 CRB)
15
   *Alfred Melton vs. Pfizer Inc, et al.*
16 (06-2745 CRB)

17 *Richard McNabb, et al. vs. Pfizer Inc, et al.*
   (07-6450 CRB)
18
   *Wilmer Merriweather vs. G.D. Searle LLC, et
19 al.*
   (05-4452 CRB)
20
   *Rhoda Messer, et al. vs. Pfizer Inc, et al.*
21 (06-6588 CRB)

22 *Ronald Miller vs. Pfizer Inc, et al.*
   (09-0892 CRB)
23
   *Linda Mirza vs. Pfizer Inc, et al.*
24 (06-3818 CRB)

25 *Carolyn Montiforte vs. Pfizer Inc, et al.*
   (07-4735 CRB)
26
   *Henry C. Morris vs. Pfizer Inc, et al.*
27 (06-3686 CRB)

28 *Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

1  (09-0891 CRB)

2  *Patsy Murry, et al. vs. Pfizer Inc, et al.*
   (06-7438 CRB)

3

4  *Ed Narke vs. Pfizer Inc, et al.*
   (08-0260 CRB)

5  *Dian C. Neal vs. Pfizer Inc, et al.*
   (06-3900 CRB)

6

7  *Rosa M. Nelson vs. Pfizer Inc, et al.*
   (06-2275 CRB)

8  *Cliff Norwood vs. G.D. Searle LLC, et al.*
   (05-4451 CRB)

9

10 *Floyd Odom vs. Pfizer Inc, et al.*
   (07-5885 CRB)

11 *Joan J. Opel vs. Pfizer Inc, et al.*
   (07-4372 CRB)

12

13 *Mary Osteen vs. Pfizer Inc, et al.*
   (06-6928 CRB)

14 *Elvis Owens, et al. vs. Pfizer Inc, et al.*
   (06-5002 CRB)

15

16 *James Curtis Owens vs. Pfizer Inc, et al.*
   (06-1669 CRB)

17 *Marvin Palmer vs. Pfizer Inc, et al.*
   (06-6499 CRB)

18

19 *Albert Pearson vs. G.D. Searle LLC, et al.*
   (05-4455 CRB)

20 *R.V. Perkins vs. Pfizer Inc, et al.*
   (08-3699 CRB)

21

22 *Jo Anne Pierce vs. G.D. Searle LLC, et al.*
   (05-4492 CRB)

23 *Kirk Redenius vs. Pfizer Inc, et al.*
   (06-4901 CRB)

24

25 *Linda Redinger vs. Pfizer Inc, et al.*
   (07-0454 CRB)

26 *Tammy L. Ribble vs. Pfizer Inc, et al.*
   (06-7283 CRB)

27

28 *Zelma Riffle, et al. vs. Pfizer Inc, et al.*
   (06-6114 CRB)

-4-

1  *Tracy Ring vs. G.D. Searle LLC, et al.*
2  (06-0733 CRB)
3
4     Come now Plaintiffs in the above-entitled actions and Defendants, by and through the
5  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
6  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with
7  each side bearing its own attorneys' fees and costs.
8
9     DATED: 10.16.2009     By: *[signature] Navan Ward F.*
10
11    **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
      218 Commerce Street
12    P.O. Box 4160
      Montgomery, Alabama 36103
13    Telephone: 334-269-2343
      Facsimile: 334-954-7555
14
      *Attorneys for Plaintiffs*
15
16    DATED: Oct. 19, 2009     By: *[signature]*
17
18    **DLA PIPER LLP (US)**
      1251 Avenue of the Americas
19    New York, New York 10020
      Telephone: 212-335-4500
      Facsimile: 212-335-4501
20
      *Defendants' Liaison Counsel*
21
22
23
24    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
25
26    Dated: 10/22/2009     *[signature]*
27                          Hon. Charles R. Breyer
                            United States District Court
28

-5-